Ogrin *v.* Ogrin, Appellant.

Argued April 14, 1969. *David F. Alpern*, with him *Alpern & Alpern*, for appellant; *Dale Cleland*, with him *Cleland, Hurtt & Witt*, for appellee.

OPINION PER CURIAM: Decree affirmed. Having made an independent study of the entire record, we are of the opinion that the court below properly granted a decree in divorce in this case.

The liability of the husband for alimony pendente lite shall continue from the date of the final decree in the court below up to the date of the filing of this opinion.